IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT BRESKE and JOY BRESKE,

    Plaintiffs,

vs.                                          CASE NO.:

FEDERAL INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division, and states as grounds for such removal the following:

1.    On February 02, 2024, Plaintiffs, ROBERT BRESKE and JOY BRESKE ("Plaintiffs"), filed this action in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case No. 2024-CA-000945-O ("State Action").

2.    On February 13, 2023, FEDERAL was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

    A.    Civil Cover Sheet;

    B.    Complaint;

    C.    Plaintiffs' Notice of Appearance and Designation of E-Mail Address;

    D.    Notice of Filing;

    E.    Plaintiffs' Notice of Service of First Set of Interrogatories to Defendant;

    F.    Plaintiffs' Request to Produce to Defendant;

    G.    Standing Case Management Plan/Order;

    H.    Summons;

    I.    Notice of Service of Process;

    J.    FEDERAL'S Notice of Appearance and Designation of E-Mail Addresses;

    K.    FEDERAL'S Answer and Affirmative Defenses to Complaint;

    L.    Plaintiffs' Request for Admissions;

    M.    FEDERAL'S Certification and Notice of Filing Notice of Removal; and

    N.    FEDERAL'S Notice of Removal to Opposing Counsel.

3.    This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

## DIVERSITY OF CITIZENSHIP

4. At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between the Plaintiffs and FEDERAL.

5. For purposes of determining diversity of citizenship, an individual is a citizen of the state in which he or she is domiciled, which is the state where the individual maintains his or her "true, fixed, and permanent home." *McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (per curiam). A corporation is a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1183 (2010) ("The phrase 'principal place of business' in § 1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's actions i.e. its 'nerve center'").

6. According to the Property Appraiser's website for Orange County, Florida, the Plaintiffs own the subject property, which is located in Orange County, Florida, with Florida homestead exemptions. Therefore, the Plaintiffs are citizens of the State of Florida. A copy of the detailed report showing the homesteaded exemptions from the Office of the Property Appraiser's website is attached as **Exhibit "2."**

7. At all times material to this action, FEDERAL was and is incorporated in the State of Indiana with its principal place of business in the State of New Jersey. Accordingly, at all times material to this action, FEDERAL was a citizen of the State

of Indiana and State of New Jersey. FEDERAL is not a citizen of or incorporated in the State of Florida and does not have its principal of business in the State of Florida.

8. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

9. Plaintiffs' Complaint states, in relevant part, "[t]he amount in controversy in this action is greater than Fifty Thousand Dollars ($50,000.00) exclusive of pre-judgment interest, court costs, and attorney's fees." See Composite **Exhibit "1,"** at Complaint ¶ 3.

10. Prior to the commencement of the State Action, Plaintiffs' counsel filed a Property Insurance Notice of Intent to Initiate Litigation ("Notice") which included a Presuit Settlement Demand in the amount of $252,671.00, inclusive of $258,033.00 in damages, $8,500.00 in attorney's fees, and $0.00 in costs. Copy of the Notice is attached as **Exhibit "3."**

11. Prior to the commencement of the State Action, Plaintiffs also submitted repair estimate from Ask An Adjuster, in the amount of $258,033.10. A copy of this estimate is attached as **Exhibit "4."**

12. The subject policy's applicable deductible is $5,000.00.

13. FEDERAL previously issued a payment in the amount of $13,862.35 to the Plaintiffs in connection with the subject insurance claim.

14. Thus, the amount in controversy herein is in excess of $75,000.00,

exclusive of interests and costs.

15.   This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiffs and FEDERAL are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

16.   FEDERAL has noticed the adverse party, the Plaintiffs, of this Removal by notifying Plaintiff's attorney of record.  *See* **Composite Exhibit "1."**

17.   FEDERAL has filed a written notice with the Clerk of the Court of the Ninth Judicial Circuit in and for Orange County, Florida in compliance with 28 U.S.C § 1446 (d).  *See* **Composite Exhibit "1."**

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Thomas A. Keller
THOMAS A. KELLER, ESQ.
Florida Bar No.:  0153354
tkeller@butler.legal
MELISSA M. RODRIGUEZ, ESQ.
Florida Bar No.: 1048590
mrodriguez@butler.legal
Secondary:   hcaraballo@butler.legal
                     lbaez@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:  (813) 281-1900
Facsimile:   (813) 281-0900
*Attorneys for Defendant, Federal Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

> Grant W. Krapf, Esq.
> Krapf Legal, P.A.
> 2790 Sunset Point Road
> Clearwater, FL 33749
> Attorneys For: Plaintiffs

> /s/ Thomas A. Keller
> THOMAS A. KELLER, ESQ.