UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT BRESKE and JOY BRESKE,
    Plaintiffs,

v.                                            Case No.: 6:24-cv-00513-ACC-LHP

FEDERAL INSURANCE COMPANY,
    Defendant.
_____/

**PLAINTIFFS' AMENDED COMPLAINT**

    COME NOW the Plaintiffs, ROBERT BRESKE and JOY BRESKE (hereinafter "Plaintiffs"), by and through the undersigned attorney, hereby file this Amended Complaint against the Defendant, FEDERAL INSURANCE COMPANY (hereinafter "Defendant"), and as grounds therefore, state as follows:

**General Allegations**

1. At all times relevant hereto, the Plaintiffs are residents of the State of Florida, residing in Orange County.

2. At all times relevant hereto, Defendant is an insurance company organized and existing under the laws of the State of Florida and doing business specifically in Orange County with Plaintiffs.

3. The amount in controversy in this action is greater than Fifty Thousand Dollars ($50,000.00) exclusive of pre-judgment interest, court costs, and attorney's fees.

**Count I-Breach of Contract**

4. Plaintiffs re-allege each and every allegation set forth in Paragraphs 1 through 3 above, as if fully set forth herein.

5. This is an action for damages for breach of insurance contract against Defendant.

6. In consideration of the premium paid to it, Defendant issued to Plaintiffs a contract of insurance, Policy Number 14332820-01, which was in full force and effect at the time of the loss and damage at the insured premises at 3409 Jericho Place, Apopka, Florida 32712 (hereinafter "Insured

Property"). Attached hereto as **Exhibit "1"** is what Plaintiffs believe to be a correct and complete copy of the policy which underlies this action.

7. During the effective period of the insurance policy, the Insured Property suffered direct physical damage and loss caused by wind created breach of building envelope and ensuing water and mold losses – perils for which the policy of insurance issued by Defendant provides coverage.

8. The sudden and unexpected loss caused Plaintiffs to sustain loss to the covered structure and its roof as well as the interior of the Insured Property.

9. The sudden and unexpected loss caused Plaintiffs to incur additional expenses and will continue to cause expenses and loss.

10. Plaintiffs have made a timely claim for the damage and loss. Defendant assigned Claim Number 076923028458.

11. Plaintiffs have requested that Defendant pay for damages, but Defendant has failed and refused and continues to refuse to fully pay.

12. The Plaintiffs have done and performed all those matters and things properly required under the insurance policy or, alternatively, have been excused from performance by the acts and/or omissions of Defendant.

13. Notwithstanding the foregoing, Defendant has failed or refused to provide full coverage under the insurance policy and has failed to pay promptly the full amounts due and has thereby breached the contract of insurance.

14. As a direct result of Defendant's breach of insurance contract, Plaintiffs have been financially damaged and continue to suffer damage and loss.

15. As a result of Defendant's breach of the insurance contract, Plaintiffs have become obligated to pursue this action.

WHEREFORE, the Plaintiffs pray this Court enter judgment in Plaintiffs' favor and against Defendant for damages including actual and compensatory damages, pre-judgment interest, and such other and further relief as this Court may deem appropriate.

## JURY TRIAL DEMANDED

Plaintiffs request a trial by jury on all issues so triable.

/s/ Jessica Fletcher
Attorney
Florida Bar Number: 1015523

## SERVICE LIST

**Thomas A. Keller, Esquire**
**Melissa M. Rodriguez, Esquire**
Butler Weihmuller Katz Craig, LLP
400 N. Ashley Drive, Ste. 2300
Tampa, FL 33602
Email: tkeller@butler.legal
  mrodriguez@butler.legal
  hcaraballo@butler.legal
  lbaez@butler.legal
Telephone: (813) 281-1900
*Counsel for Defendant*


**Grant W. Krapf, Esquire**
**Jessica Fletcher, Esquire**
Krapf Legal, P.A.
2790 Sunset Point Road
Clearwater, FL 33759
Email: jessica.fletcher@krapflegal.com
  caitlin@krapflegal.com
Telephone: (727) 777-7450
*Counsel for Plaintiffs*