**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT BRESKE and JOY BRESKE,

        Plaintiffs,

v.                                          Case No:   6:24-cv-513-ACC-LHP

FEDERAL INSURANCE COMPANY,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** JOINT STIPULATION TO ATTEND MEDIATION VIA VIDEO CONFERENCE (Doc. No. 24)
>
> **FILED:** October 25, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Generally, requests for affirmative relief, such as requests to appear remotely for mediation, require a motion.  *See* Fed. R. Civ. P. 7(b)(1); *see also* Local Rule 3.01(a).  Nonetheless, in light of the joint nature of the request, as well as the mediator's consent, the parties may conduct mediation by videoconference.  The

parties and/or their representatives must be present throughout the duration of the mediation, just as if they were attending the mediation in person.

Future filings that fail to comply with all applicable Federal Rules of Civil Procedure and this Court's Local Rules may be stricken or summarily denied without further notice.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties