UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERT BRESKE AND JOY BRESKE,**

      **Plaintiffs,**

v.                                         Case No. 6:24-cv-513-ACC-LHP

**FEDERAL INSURANCE COMPANY,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by **the Mediator** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on January 23, 2025.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

**<u>COPIES FURNISHED TO:</u>**
Counsel of Record